**Lois GOULD, Respondent,**

v.

**Boaz RAFAELI, Appellant.**

No. 66733.

Missouri Court of Appeals,
Eastern District,
Division One.

Oct. 17, 1995.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 11, 1995.

Application to Transfer Denied
Jan. 23, 1996.

Boaz Rafaeli, St. Louis, appellant pro se.

N. Kimaasa Sindel, Clayton, for respondent.

Before REINHARD, P.J., and KAROHL and WHITE, JJ.

*ORDER*

PER CURIAM.

Boaz Rafaeli appeals from the judgment of the trial court which granted Lois Gould's

---

petition for a full order of protection and awarded her attorneys' fees. We have reviewed the briefs, record, and transcript. The trial court's judgment is supported by substantial evidence, is not against the weight of the evidence, and does not erroneously declare or apply the law. No jurisprudential purpose would be served by an extended written opinion. The judgment is affirmed in accordance with Rule 84.16(b).